01
02
03
04
05

06                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08  REVEREND DR. KAMAL K. ROY,        )   CASE NO. C08-0616-TSZ
                                      )
09         Plaintiff,                 )
                                      )
10      v.                            )   REPORT AND RECOMMENDATION
                                      )
11  PRESIDENTIAL RACE 2008, et al.,   )
                                      )
12         Defendants.                )
                                      )
13

14        Plaintiff, proceeding *pro se*, submitted an application to proceed *in forma pauperis* (IFP)

15  and a complaint. (Dkt. 1.) Among other problems, the complaint is unintelligible and fails to

16  clarify all of the specific defendants named or the relief sought. It consists of some forty-eight

17  typed and handwritten pages and copies of correspondence and documents, with many pages

18  containing handwritten comments/notations scrawled around the borders of the page or between

19  paragraphs.

20        Pursuant to 28 U.S.C. § 1915(e)(2)(B), this Court may deny an application to proceed IFP

21  and should dismiss a complaint if it is frivolous or fails to state a claim upon which relief may be

22  granted. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(ii); *O'Loughlin v. Doe*, 920 F.2d 614, 616 (9th Cir.

REPORT AND RECOMMENDATION
PAGE -1

1990). An action is frivolous if "it lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).

Here, plaintiff fails to allege sufficient facts to place defendants on notice of the nature of his claims or otherwise provide any basis for jurisdiction in this Court. *See* Fed. R. Civ. P. 8(a). Because this action appears frivolous and fails to state a claim upon which relief can be granted, it is subject to dismissal under 28 U.S.C. § 1915(e)(2)(B) and Federal Rule of Civil Procedure 12(b)(6).

Plaintiff has submitted a number of similar proposed complaints in this and other courts.[1] The Court advises plaintiff of his responsibility to research the facts and law before filing a complaint in order to determine whether his claim for relief is frivolous. If plaintiff files a frivolous action, he may be sanctioned. *See* Fed. R. Civ. P. 11. The Court would likely impose a sanction of dismissal on any frivolous complaint. If plaintiff files numerous frivolous or malicious complaints, the Court may bar him from proceeding in this Court. *See DeLong v. Hennessey*, 912 F.2d 1144, 1146-48 (9th Cir. 1990) (discussing bar order requirements).

Because of the deficiencies in plaintiff's proposed complaint, his request to proceed IFP should be DENIED and this case DISMISSED without prejudice. 28 U.S.C. § 1915(e)(2)(B).

/ / /

/ / /

---

[1] *See, e.g.*, *Roy v. United States of America*, C08-0357-RAJ (W.D. Wash. 2008); *Roy v. United States of America*, C08-0035-TSZ (W.D. Wash. 2008); *Roy v. Brooks*, C07-1924-MJP (W.D. Wash. 2007); *Roy v. World Religious School and University*, C07-1742-TSZ (W.D. Wash. 2007); *Roy v. All State Board of Elections*, C07-1419-RSL (W.D. Wash. 2007); *Roy v. Roberts*, C07-1157-TSZ (W.D. Wash. 2007); *Roy v. Bush*, C07-484-JCC (W.D. Wash. 2007). (*See also* Dkt. 1, Complaint (containing evidence of numerous complaints filed outside of this district).)

A proposed order of dismissal accompanies this Report and Recommendation.

DATED this 24th day of April, 2008.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -3