UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| REVEREND DR. KAMAL K. ROY, | ) | CASE NO.: C08-0616-TSZ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DENYING PLAINTIFF'S *IN FORMA PAUPERIS* APPLICATION AND DISMISSING CASE WITHOUT PREJUDICE |
| | ) | |
| PRESIDENTIAL RACE 2008, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Court, having reviewed plaintiff's Request to Proceed *In Forma Pauperis* (IFP), his Complaint, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Plaintiff's IFP Application is DENIED, and the Complaint and this action are DISMISSED without prejudice; and,

    (3)    The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

DATED this 16th day of May, 2008.

Thomas S. Zilly
United States District Judge

ORDER DENYING PLAINTIFF'S *IN FORMA PAUPERIS* APPLICATION AND DISMISSING CASE WITHOUT PREJUDICE
PAGE -1